IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiffs,<br><br>vs.<br><br>YARA SUJEY MARTINEZ GARCIA,<br>JUAN MIGUEL GALLEGOS LOAZA,<br>DANIEL ARIZA-GARCIA,<br>DAGOBERTO CASTILLO LUJAN,<br>RAMON GARCIA, JORGE LUIS ORTIZ-<br>LOPEZ, JOSUE ZAMORA QUINTERO,<br><br>         Defendants. | 4:13CR3130<br><br>MEMORANDUM AND ORDER |

    With the last co-defendant now present in this district, the court has set a new Rule 16 discovery deadline, and a new trial and pretrial motion deadline as to all defendants. As to the motions already pending, on the representations of counsel for defendant Daniel Ariza-Garcia, the pending discovery motions are either resolved, or an agreement has been reached which, upon completion, will resolve all pending discovery motions.

    Accordingly,

    IT IS ORDERED:

    1)    The government's motion for a discovery extension, (Filing No. 73), and defendant Daniel Ariza-Garcia's objection thereto, (Filing No. 74), are denied as moot.

    2)    Defendant Daniel Ariza-Garcia's motion to unseal search warrant files, (Filing No. 76), to unseal wiretap files, (Filing No. 77), to unseal GPS warrants, (Filing No. 78), to unseal pen registers, (Filing No. 79), and for disclosure of alleged co-defendants' sealed filings, (Filing No. 82), are denied as moot, but without prejudice to re-filing if the remaining disclosures promised are not delivered to defense counsel before January 3, 2014.

    December 20, 2013.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge