IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | ORDER |
| JORGE LUIS ORTIZ-LOPEZ, JUAN MIGUEL GALLEGOS LOAZA, DANIEL ARIZA-GARCIA, YARA SUJEY MARTINEZ GARCIA, and DAGOBERTO CASTILLO LUJAN, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 233). The superseding indictment (filing 69) sought the forfeiture of a number of properties from the defendants. In support of its motion to dismiss, the plaintiff represents that these properties have already been administratively forfeited to the Drug Enforcement Administration, such that a judicial forfeiture is no longer necessary. *See,* 21 U.S.C. § 881 and 19 U.S.C. § 1607–1609. The defendants have not opposed the plaintiff's motion, and the Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1. As to the defendants named above, the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 233) is granted.

2. As to the defendants named above, the forfeiture allegation in the superseding indictment (filing 69) is dismissed.

Dated this 6th day of May, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge