IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>YARA SUJEY MARTINEZ GARCIA,<br><br>　　　　　　Defendant. | 4:13-CR-3130<br><br>JUDGMENT |

　　　In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 543) is dismissed.

　　　Dated this 2nd day of November, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge